```
1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   MOTOWN RECORD COMPANY, L.P.;
7  UMG RECORDINGS, INC.; ATLANTIC
   RECORDING CORPORATION; and
8  SONY BMG MUSIC ENTERTAINMENT
```

FILED 08 MAR 27 AM 10: 19 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-Filing

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## _____ DIVISION

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | CASE NO. CV 08 1651<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** B |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#36490 v1

ORIGINAL

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2   associations of persons, firms, partnerships, corporations (including parent corporations) or other
3   entities (i) have a financial interest in the subject matter in controversy or in a party to the
4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5   substantially affected by the outcome of this proceeding:

6   Plaintiff MOTOWN RECORD COMPANY, L.P.'s parent company is Vivendi S.A., a
7   publicly held French company.

8   Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a
9   publicly held French company.

10  Plaintiff ATLANTIC RECORDING CORPORATION's ultimate parent corporation is
11  Warner Music Group Corp., which is publicly traded in the U.S.

12  Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned
13  by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc.,
14  none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the
15  latter of which is publicly traded in the United States.

17  Dated:   March 27, 2008               HOLME ROBERTS & OWEN LLP

19                                        By _____
                                          MATTHEW FRANKLIN JAKSA
20                                        Attorney for Plaintiffs
21                                        MOTOWN RECORD COMPANY, L.P.; UMG
                                          RECORDINGS, INC.; ATLANTIC
22                                        RECORDING CORPORATION; and SONY
                                          BMG MUSIC ENTERTAINMENT

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#36490 v1

1