AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California   CV08 1651 BZ |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF | DEFENDANT |
|---|---|
| MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; ATLANTIC RECORDING CORPORATION; and SONY BMG MUSIC ENTERTAINMENT | JOHN DOE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

ORIGINAL

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.144.221 2007-11-10 22:43:19 EST          **CASE ID#** 147514139

**P2P Network:** GnutellaUS                                      **Total Audio Files:** 167

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Lifehouse | You And Me | Lifehouse | 370-643 |
| Atlantic Recording Corporation | Anita Baker | You Belong To Me | Rhythm Of Love | 199-187 |
| UMG Recordings, Inc. | Hoobastank | The Reason | The Reason | 339-555 |
| UMG Recordings, Inc. | Weezer | Island in the Sun | Weezer (Green Album) | 297-030 |
| Motown Record Company, L.P. | Boyz II Men | Water Runs Dry | II | 196-004 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| UMG Recordings, Inc. | Common | Come Close | Come Close to Me (single) | 323-854 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | This Woman's Work | Now | 302-599 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; ATLANTIC RECORDING CORPORATION; and SONY BMG MUSIC ENTERTAINMENT | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.144.221 2007-11-10 22:43:19 EST      **CASE ID#** 147514139

**P2P Network:** GnutellaUS      **Total Audio Files:** 167

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Lifehouse | You And Me | Lifehouse | 370-643 |
| Atlantic Recording Corporation | Anita Baker | You Belong To Me | Rhythm Of Love | 199-187 |
| UMG Recordings, Inc. | Hoobastank | The Reason | The Reason | 339-555 |
| UMG Recordings, Inc. | Weezer | Island in the Sun | Weezer (Green Album) | 297-030 |
| Motown Record Company, L.P. | Boyz II Men | Water Runs Dry | II | 196-004 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| UMG Recordings, Inc. | Common | Come Close | Come Close to Me (single) | 323-854 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | This Woman's Work | Now | 302-599 |

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; ATLANTIC RECORDING CORPORATION; and SONY BMG MUSIC ENTERTAINMENT | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.144.221 2007-11-10 22:43:19 EST

**CASE ID#** 147514139

**P2P Network:** GnutellaUS

**Total Audio Files:** 167

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Lifehouse | You And Me | Lifehouse | 370-643 |
| Atlantic Recording Corporation | Anita Baker | You Belong To Me | Rhythm Of Love | 199-187 |
| UMG Recordings, Inc. | Hoobastank | The Reason | The Reason | 339-555 |
| UMG Recordings, Inc. | Weezer | Island in the Sun | Weezer (Green Album) | 297-030 |
| Motown Record Company, L.P. | Boyz II Men | Water Runs Dry | II | 196-004 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| UMG Recordings, Inc. | Common | Come Close | Come Close to Me (single) | 323-854 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | This Woman's Work | Now | 302-599 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; ATLANTIC RECORDING CORPORATION; and SONY BMG MUSIC ENTERTAINMENT | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.144.221 2007-11-10 22:43:19 EST

**CASE ID#** 147514139

**P2P Network:** GnutellaUS

**Total Audio Files:** 167

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Lifehouse | You And Me | Lifehouse | 370-643 |
| Atlantic Recording Corporation | Anita Baker | You Belong To Me | Rhythm Of Love | 199-187 |
| UMG Recordings, Inc. | Hoobastank | The Reason | The Reason | 339-555 |
| UMG Recordings, Inc. | Weezer | Island in the Sun | Weezer (Green Album) | 297-030 |
| Motown Record Company, L.P. | Boyz II Men | Water Runs Dry | II | 196-004 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| UMG Recordings, Inc. | Common | Come Close | Come Close to Me (single) | 323-854 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | This Woman's Work | Now | 302-599 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO.           DATE FILED | |

| PLAINTIFF<br>MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; ATLANTIC RECORDING CORPORATION; and SONY BMG MUSIC ENTERTAINMENT | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

# EXHIBIT A

# JOHN DOE

**IP Address:** 207.62.144.221 2007-11-10 22:43:19 EST          **CASE ID#** 147514139

**P2P Network:** GnutellaUS                                      **Total Audio Files:** 167

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Lifehouse | You And Me | Lifehouse | 370-643 |
| Atlantic Recording Corporation | Anita Baker | You Belong To Me | Rhythm Of Love | 199-187 |
| UMG Recordings, Inc. | Hoobastank | The Reason | The Reason | 339-555 |
| UMG Recordings, Inc. | Weezer | Island in the Sun | Weezer (Green Album) | 297-030 |
| Motown Record Company, L.P. | Boyz II Men | Water Runs Dry | II | 196-004 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| UMG Recordings, Inc. | Common | Come Close | Come Close to Me (single) | 323-854 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | This Woman's Work | Now | 302-599 |