UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOTOWN RECORD COMPANY, L.P., et al.,

    Plaintiff(s),

    v.

JOHN DOE,

    Defendant.

No. C08-1651 BZ

**ORDER GRANTING IMMEDIATE DISCOVERY**

Upon plaintiffs' Ex Parte Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, **IT IS HEREBY ORDERED** that plaintiffs may serve immediate discovery on California State University, Monterey Bay, to obtain the identity of defendant John Doe by serving a Rule 45 subpoena that seeks information sufficient to identify John Doe, including the name, current and permanent addresses and telephone numbers, e-mail address, and Media Access Control (MAC) address for John Doe. Without such discovery, plaintiffs cannot identify John Doe, and thus cannot pursue their lawsuit aimed at protecting their copyrighted works from infringement.

1

1    **IT IS FURTHER ORDERED** that any information disclosed to
2  plaintiffs in response to the Rule 45 subpoena may be used by
3  plaintiffs solely for the purpose of protecting plaintiffs'
4  rights under the Copyright Act.
5    **IT IS FURTHER ORDERED** if the University's funding makes
6  it subject to 20 U.S.C. section 1232g, the University shall
7  follow 20 U.S.C. section 1232g(b)(2)(B) in producing the
8  information.
9  Dated: April 24, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MOTOWN RECORD V. JOHN DOE\ORDER.GRANTING IMMEDIATE DISCOVERY.wpd