UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOTOWN RECORD COMPANY, et al.,
    Plaintiff(s),

v.

JOHN DOE,
    Defendant(s).

No. C 08-1651-BZ

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 4/28/08

Signature _____

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")