1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   MOTOWN RECORD COMPANY, L.P.;
7  UMG RECORDINGS, INC.; ATLANTIC
   RECORDING CORPORATION; and
8  SONY BMG MUSIC ENTERTAINMENT

9

10                   UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
11                     SAN FRANCISCO DIVISION

12

13  MOTOWN RECORD COMPANY, L.P., a          CASE NO. 5:08-cv-01651-JF
    California limited partnership; UMG
14  RECORDINGS, INC., a Delaware corporation;  Honorable Jeremy Fogel
    ATLANTIC RECORDING CORPORATION, a
15  Delaware corporation; and SONY BMG MUSIC   *EX PARTE* APPLICATION TO CONTINUE
16  ENTERTAINMENT, a Delaware general          CASE MANAGEMENT CONFERENCE
    partnership,                               AND EXTEND TIME TO SERVE
17                                             DEFENDANT AND [PROPOSED] ORDER
18                 Plaintiffs,

19       v.

20  JOHN DOE,
                   Defendant.
21

22

23

24

25

26

27

28

EX PARTE APPLICATION AND [PROPOSED] ORDER
Case No. 5:08-cv-01651-JF
#38585 v1

1       Plaintiffs respectfully request that the Court continue the case management conference

2   currently set for July 11, 2008 at 10:30 a.m. to October 10, 2008.  Plaintiffs further request, pursuant

3   to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1)(A), that the Court grant an

4   additional 60 days – until September 23, 2008 – to serve Defendant with the Summons and

5   Complaint.  As set forth in greater detail below, Plaintiffs have just recently discovered the true

6   identity of the Doe defendant in this case.  Therefore, additional time is needed to file a First

7   Amended Complaint naming Defendant personally and then to serve Defendant with process.  In

8   support of their request, Plaintiffs state as follows:

9       1.      Plaintiffs have not requested, and the Court has not granted, any previous

10  continuances of the case management conference in this matter.  Moreover, Plaintiffs have not

11  requested any previous extensions of the service deadline.

12      2.      Plaintiffs filed the Complaint for Copyright Infringement against Defendant John Doe

13  ("Defendant") on March 27, 2008.  Plaintiffs did not have sufficient identifying information to name

14  the defendant in the Complaint, but were able to identify Defendant by the Internet Protocol address

15  assigned by Defendant's Internet Service Provider ("ISP").

16      3.      In order to determine Defendant's true identity, Plaintiffs filed their *Ex Parte*

17  Application for Leave to Take Immediate Discovery on March 27, 2008, seeking the Court's

18  permission to serve a Rule 45 subpoena on the ISP.

19      4.      The Court entered an Order for Leave to take Immediate Discovery on April 24,

20  2008, which was promptly served upon the ISP along with a Rule 45 subpoena.  On June 11, 2008,

21  the ISP responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information

22  including Defendant's name, telephone number, and address.

23      5.      Upon receipt of this information from the ISP, Plaintiffs sent a letter to Defendant on

24  June 13, 2008 notifying him of their claims for copyright infringement and encouraging him to make

25  contact to attempt to amicably resolve this matter.  In response to this letter, Defendant contacted

26  Plaintiffs' settlement representatives on  June 26, 2008, and the parties engaged a settlement

27  discussion.  No settlement was reached at this time.

28

EX PARTE APPLICATION AND [PROPOSED] ORDER
Case No. 5:08-cv-01651-JF
#38585 v1

1     6.    Plaintiffs have since made follow up attempts to contact Defendant on June 30 and

2    July 1, 2008 to resolve this matter, but were unsuccessful.  If Plaintiffs are unable to reach a

3    settlement agreement with Defendant by July 11, 2008, Plaintiffs plan to file a First Amended

4    Complaint naming him individually as the defendant in this case, and then proceed to serve process

5    upon him.

6     7.    Given the circumstances of this case, Plaintiffs respectfully request that the case

7    management conference be continued to October 10, 2008, or such other date as conveniences the

8    Court.  Plaintiffs also request an additional 60 days to effectuate service.

9     8.    Plaintiffs submit that their efforts to give written notice to Defendant of their claims

10   and subsequent efforts to resolve the case before naming him in the lawsuit constitute good cause for

11   any delay in perfecting service.  *See Ritts v. Dealers Alliance Credit Corp.,* 989 F. Supp. 1475, 1479

12   (N.D. Ga. 1997) (stating good cause standard for service extensions).  Moreover, unlike a traditional

13   case in which the defendant is known by name and efforts to serve can begin immediately after filing

14   the complaint, in this case Plaintiffs first had to obtain the identity of the defendant through the

15   subpoena to the ISP.  This Court has discretion to enlarge the time to serve even where there is no

16   good cause shown.  *Henderson v. United States,* 517 U.S. 654, 658 n. 5 (1996).

17    9.    Because the copyright infringements here occurred in 2007, the three-year limitations

18   period for these claims has not expired.  *See* 17 U.S.C. § 507(b) (2000).  There can thus be no

19   prejudice to the Defendant from any delay in serving the Complaint.

20    10.    Plaintiffs will provide the Defendant with a copy of this request and any Order

21   concerning this request when service of process occurs.

22

23   Dated:  July 3, 2008                                    HOLME ROBERTS & OWEN LLP

24

25                                                           By: _____*/s/ Dawniell Alise Zavala*___
                                                                 DAWNIELL ALISE ZAVALA
26                                                               Attorney for Plaintiffs

27

28

1

**[PROPOSED] ORDER**

2          Good cause having been shown:

3          **IT IS ORDERED** that the case management conference currently set for July 11, 2008 at

4    10:30 a.m. be continued to October 10, 2008.

5          **IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules

6    4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to

7    September 23, 2008.

8

9

10   Dated: _____          By: _____
                                                   Honorable Jeremy Fogel
11                                                 United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EX PARTE APPLICATION AND [PROPOSED] ORDER
Case No. 5:08-cv-01651-JF
#38585 v1