AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | **SUMMONS IN A CIVIL ACTION (FIRST AMENDED COMPLAINT)** <br><br> CASE NUMBER: 5:08-cv-01651-JF |

V.

GIOVANNI DOCANTO

TO:

Giovanni Docanto
2056 Alfalfadale Road
Perris, CA 92571

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**DAWNIELL ZAVALA (SBN: 253130)**　　**PHONE:** (415) 268-2000
**560 MISSION STREET, 25TH FLOOR**　　**FAX:** (415) 268-1999
**SAN FRANCISCO, CA 94105-2994**

an answer to the amended complaint which is served on you with this summons, within ____20____ days after service of summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Richard W. Wieking_　　　　　　　　　AUG 26 2008
CLERK　　　　　　　　　　　　　　　　　DATE

_GORDANA MACIC_
(By) DEPUTY CLERK