Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:       dawniell.zavala@hro.com

Attorneys for Plaintiffs,
MOTOWN RECORD COMPANY, L.P.;
UMG RECORDINGS, INC.; ATLANTIC
RECORDING CORPORATION; and
SONY BMG MUSIC ENTERTAINMENT

**E-Filed 10/3/08**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>                    Plaintiffs,<br><br>     v.<br><br>GIOVANNI DOCANTO,<br><br>                    Defendant. | CASE NO. 5:08-cv-01651-JF<br><br>Honorable Jeremy Fogel<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs respectfully request that the case management conference be rescheduled from October 10, 2008, at 10:30 a.m. to December 12, 2008.  As further explained below, Defendant Giovanni Docanto ("Defendant") has been served with the Summons and Complaint ("Complaint"), but has not yet answered or otherwise responded to the Complaint.  Plaintiffs intend to file a request for entry of default if Defendant does not respond to the Complaint in the next few weeks.  Because Defendant has not appeared in this action, a case management conference is unnecessary at this time.  In support of their request, Plaintiffs state as follows:

1. Plaintiffs have previously requested, and the court has granted, one continuance of the case management conference in this matter.

2. Plaintiffs filed their initial Complaint for Copyright Infringement against a John Doe defendant on March 27, 2007.  In order to determine the Doe defendant's true identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery requesting that the Court enter an order allowing Plaintiffs to serve a Rule 45 subpoena on Defendant's Internet Service Provider ("ISP") – here, California State University, Monterey Bay ("CSUMB").

3. The Court entered an Order for Leave to take Immediate Discovery on April 24, 2008, which was served upon CSUMB along with a Rule 45 subpoena.  On June 11, 2008, CSUMB responded to Plaintiffs' subpoena, identifying the defendant, Giovanni Docanto.

4. Upon receipt of this information from the ISP, Plaintiffs sent a letter to Defendant on June 13, 2008 notifying him of their claims for copyright infringement and encouraging him to make contact to attempt to amicably resolve this matter.  In response to this letter, Defendant contacted Plaintiffs' settlement representatives on  June 26, 2008, and the parties engaged **in** a settlement discussion.  No settlement was reached at this time.  Plaintiffs attempted to contact Defendant by telephone on June 30, July 8, July 11, July 17, and August 21, 2008, but were unable to reach Defendant to resolve this matter, as Defendant did not return Plaintiffs' calls.  Accordingly, on August 26, 2008, Plaintiffs filed the First Amended Complaint naming Mr. Docanto, individually, as the defendant.

5. Defendant was served with process on September 12, 2008, by substitute service.  Defendant has not yet answered or otherwise responded to the Complaint.  Defendant's time to

1  respond to the Complaint expires on October 2, 2008. Accordingly, Plaintiffs will file a request for
2  entry of clerk's default in the next few weeks if Defendant has not responded by then.
3        6.    Given the circumstances of this case, there is no need for a case management
4  conference at this time. Therefore, Plaintiffs respectfully request that the Court continue the case
5  management conference from October 10, 2008, at 10:30 a.m., to December 12, 2008, or such other
6  date as conveniences the Court.

Dated:  October 1, 2008                              HOLME ROBERTS & OWEN LLP


                                                     By:  _____/s/ Dawniell Alise Zavala____
                                                          DAWNIELL ALISE ZAVALA
                                                          Attorney for Plaintiffs


## [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for October 10, 2008, at 10:30 a.m., be continued to December 12, 2008.


Dated:  10/2/08                              By:  _____
                                                  Honorable Jeremy Fogel
                                                  United States District Judge